ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| FARR Builders, LLC | ) ASBCA No.   62105 |
| | ) |
| Under Contract No.    FA3016-18-F-0759 | ) |

APPEARANCE FOR THE APPELLANT:          Johnathan M. Bailey, Esq.
                                                                           Bailey & Bailey, P.C.
                                                                           San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:   Jeffrey P. Hildebrant, Esq.
                                                                           Air Force Deputy Chief Trial Attorney
                                                                         Danielle A. Runyan, Esq.
                                                                         Josephine R. Farinelli, Esq.
                                                                           Trial Attorneys

ORDER OF DISMISSAL

On August 26, 2020, the parties jointly moved to dismiss this appeal with prejudice.  Accordingly, the appeal is dismissed with prejudice.

Dated:  August 27, 2020

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62105, Appeal of FARR Builders, LLC, rendered in conformance with the Board's Charter.

Dated:  August 27, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals